UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:11-CV-288

GE COMMERCIAL DISTRIBUTION FINANCE )
CORPORATION, )
)
        Plaintiff, )
)
v. )
)
C. E. SALES COMPANY, )
CHARLES D. PRINCE, JR., and )
ESTHER B. PRINCE, )
)
        Defendants. )

## FINAL JUDGMENT

The Court, having reviewed the Application by GE Commercial Distribution Finance Corporation ("GECDF") for Confirmation of its Arbitration Award, and for good cause shown, hereby confirms, in all respects, the March 29, 2011 Arbitration Award against C. E. Sales Company, Charles D. Prince, Jr., and Esther B. Prince, jointly and severally. The Court further finds that GECDF is entitled to its reasonable attorneys' fees and expenses of $2,250.00 incurred in connection with confirming the arbitration award.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that judgment is hereby entered in favor of GE Commercial Distribution Finance Corporation and against Defendants C. E. Sales Company, Charles D. Prince, Jr., and Esther B. Prince, jointly and severally, in the amount of $184,705.73, plus pre-judgment interest accruing from November 1, 2010 until the date of this Judgment at the rate of $15.68 per diem, and post-judgment interest accruing from the date of this judgment on the total outstanding sum until the full amount of the Judgment is paid at the federal post-judgment interest rate as provided in 28 USC 1961; plus an arbitration fee of $2,923.00 and reasonable attorney's fees of $2,250.00.

8/10/11         _____
        UNITED STATES DISTRICT JUDGE